UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
JASON W. REDMAN               CASE NO. 15-21288-JKO
                              CHAPTER 13
    Debtor.
_____/

**DEBTOR'S MOTION FOR A SECOND MEDIATION IN LOSS MITIGATION MEDIATION PROGRAM BASED ON *CHANGE IN CIRCUMSTANCES***

COMES NOW the Debtor JASON W. REDMAN, by and through his undersigned counsel hereby files Debtor's Motion for a Second Mediation in Loss Mitigation Mediation Program Based on Change in Circumstances and as grounds state as follows:

1. The instant case was filed on June 23, 2015.

2. On September 23, 2015 the Debtor filed the Verified Motion for Referral to Loss Mitigation Mediation with ("Lender"), Wells Fargo Bank, N.A. [DE#26].

3. An Order Granting Debtor's Motion for Referral to Loss Mitigation Mediation was entered on October 19, 2015 [DE#35].

4. A mediation conference was not conducted on the matter because of the then current circumstances of the debtor, which had to do with a medical emergency.

5. There are changes in circumstances that may now change the outcome of a possible modification.

6. The Debtor's income has increased as well as the Debtor is currently renting part of his home to help supplement his income.

7. The Debtor now wants an opportunity to further explore the options still available to him based on the changes referenced above.

WHEREFORE the Debtor, JASON W. REDMAN respectfully requests that this Honorable Court enter an Order Granting Debtor's Motion for a Second Mediation in Loss Mitigation Mediation Program Based on Change in Circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Motion for Second Mediation in Loss Mitigation Mediation Program Based on Change in Circumstances was served on Robin Wiener, Trustee at ecf@ch13weiner.com and all others set forth in the NEF and by U.S, first class Mail, upon the parties listed below on July 30, 2016, and also by email to the Mediator identified below.

/s/ Alexander Socia, Esq.
Alexander Socia, Esq
FBN: 48808
Law Office of Alexander Socia, P.A.
3650 N Federal Hwy, Suite 217
Lighthouse Point, FL 33064
Phone: 954-366-5256
Email: alex@alexsocia.com

Jeffrey A. Kasky email to: jeff@kaskymediation.com