## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:                                                CASE NO.: 15-21288-JKO
                                                             Chapter 13

JASON W REDMAN

Debtor.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

The debtor, JASON W REDMAN, by his attorney, files this Notice of Voluntary Dismissal pursuant to 11 U.S.C. §1307(b).

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing Motion was served this 22nd day of August 2018 via electronic transmission to Robin Wiener, Trustee and all others set forth in the NEF.

                                                               Respectfully submitted,

                                                               Law Office of Alexander Socia, P.A.
                                                               3650 N Federal Hwy, Suite 217
                                                               Lighthouse Point, FL 33064
                                                               Tel: (954) 366-5256
                                                               Fax: (954) 366-5257
                                                               Email: alex@alexsocia.com

                                                               /s/ Alexander Socia
                                                               FBN: 48808